**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   6/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Stacie <br> First name <br> Lynette <br> Middle name <br> Burroughs <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and doing business as names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 0 2 5 3 <br> OR <br> 9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9 xx – xx – ____ ____ ____ ____ |

Debtor 1    Stacie Lynette Burroughs
_____
First Name        Middle Name        Last Name

Case number (*if known*)_____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Your Employer Identification Number (EIN), if any.**

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

EIN _____

**5. Where you live**

860 Glenwood Ave SE
_____
Number        Street

Apt. 610
_____

Atlanta                          GA        30316
_____
City                        State        ZIP Code

Fulton County
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                        State        ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                        State        ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                        State        ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
    (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
    (See 28 U.S.C. § 1408.)

Debtor 1 ___Stacie___ ___Lynette___ ___Burroughs___
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When _____ Case number _____
District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

Debtor _____ Relationship to you _____
District _____ When _____ Case number, if known _____

**11.** **Do you rent your residence?**

☑ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 _____Stacie Lynette Burroughs_____    Case number *(if known)*_____
      First Name     Middle Name     Last Name

## Part 3:  Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a small business debtor?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 _____Stacie_____Lynette_____Burroughs_____          Case number *(if known)*_____
        First Name      Middle Name      Last Name

**Part 5:**    **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | | |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | **About Debtor 1:**<br><br>*You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | **About Debtor 2 (Spouse Only in a Joint Case):**<br><br>*You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>  ☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1    Stacie Lynette Burroughs
_____
First Name      Middle Name      Last Name

Case number (*if known*)_____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Stacie Lynette Burroughs
_____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Executed on    04/03/2025
_____
MM  /  DD  /YYYY

Executed on    _____
MM  /  DD  /YYYY

Debtor 1    Stacie Lynette Burroughs

First Name    Middle Name    Last Name        Case number *(if known)* _____

---

| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**✘** /s/ Joseph Brannen        Date    04/03/2025

Signature of Attorney for Debtor              MM   /   DD  / YYYY

Joseph Brannen

Printed name

The Brannen Firm, LLC

Firm name

7147 Jonesboro Road

Number    Street

Suite G

| Morrow | GA | 30260 |
|---|---|---|
| City | State | ZIP Code |

Contact phone  7704740847        Email address  chad@brannenlawfirm.com

| 077120 | GA |
|---|---|
| Bar number | State |

---

**Fill in this information to identify your case:**

Debtor 1  Stacie Lynette Burroughs
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number  _____
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:  Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................ | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* ................ | $ 7,537.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ......................... | $ 7,537.00 |

### Part 2:  Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 16,558.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......................................... | $ 10,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ................................. | + $ 488,328.00 |
| **Your total liabilities** | $ 514,886.00 |

### Part 3:  Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* ........................... | $ 3,399.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* .......................... | $ 3,350.00 |

Debtor 1    Stacie Burroughs

    First Name      Middle Name      Last Name

Case number *(if known)* _____

---

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____4,079.00_

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 10,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 456,082.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 466,082.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | Stacie Lynette Burroughs |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Northern District of Georgia

Case number _____
(if know)

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No. Go to Part 2
   - ☐ Yes. Where is the property?

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

   3.1  Make: Honda

   Model: Accord

   Year:  2012

   Approximate mileage: _____

   Other information:

   Condition:

   **Who has an interest in the property?** Check one
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

   ☐ **Check if this is community property** (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $ 2,000.00 | $ 2,000.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ............................................................................➤   | $2,000.00 |

## Part 3:  Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? |
|---|---|
| | |

Debtor 1 ___Stacie Lynette Burroughs___
        First Name    Middle Name    Last Name

Case number *(if known)* _____

**6.  Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

| Household Goods | $ 2,000.00 |

**7.  Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| Electronics | $ 100.00 |

**8.  Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe...

**9.  Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe...

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothing | $ 500.00 |

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems gold, silver

☑ No
☐ Yes. Describe...

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

**15.  Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .......................................................................................➤

$2,600.00

**Part 4:    Describe Your Financial Assets**

Debtor 1  Stacie Lynette Burroughs

First Name   Middle Name   Last Name

Case number *(if known)* _____

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes.................................................................................................................................. Cash ........................... $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................          Institution name:

| 17.1. Checking account: | Bank of America | $ 500.00 |
| 17.2. Checking account: | PNC Bank | $ 897.00 |
| 17.3. Checking account: | PNC Bank | $ 1,500.00 |
| 17.4. Checking account: | PNC Bank | $ 40.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes..................

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific information about them...........

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each account separately

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

Debtor 1    Stacie Lynette Burroughs

First Name    Middle Name    Last Name        Case number *(if known)* _____

---

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

|  |  |  |
|---|---|---|
|  | Federal: | $ 0.00 |
|  | State: | $ 0.00 |
|  | Local: | $ 0.00 |

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

**31. Interests in insurance policies**

☑ No
☐ Yes. Name the insurance company of each policy and list its value....

**32. Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.....................................................................................► | $2,937.00 |

---

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.** List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

Debtor 1  Stacie Lynette Burroughs
First Name          Middle Name          Last Name          Case number *(if known)* _____

---

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................▶  | $0.00 |

---

**Part 8:**  **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**......................................................................................................▶       $0.00

56. **Part 2: Total vehicles, line 5**                                          $ 2,000.00

57. **Part 3: Total personal and household items, line 15**                  $ 2,600.00

58. **Part 4: Total financial assets, line 36**                              $ 2,937.00

59. **Part 5: Total business-related property, line 45**                     $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**            $ 0.00

61. **Part 7: Total other property not listed, line 54**                 +   $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................  | $ 7,537.00 |   Copy personal property total▶  | + $ 7,537.00 |

63. **Total of all property on Schedule A/B. Add line 55 + line 62**                          | $ 7,537.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Stacie Lynette Burroughs | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Georgia

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2012 Honda Accord<br>Line from *Schedule A/B*: 3.1 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(3) |
| Brief description: Household Goods - Household Goods<br>Line from *Schedule A/B*: 6 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Electronics - Electronics<br>Line from *Schedule A/B*: 7 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No
   ☐ Yes

Debtor    Stacie Lynette Burroughs                                                Case number *(if known)* _____
          First Name    Middle Name    Last Name

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Clothing - Clothing<br>Line from *Schedule A/B*: 11 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(4) |
| Brief description: Bank of America (Checking Account)<br>Line from *Schedule A/B*: 17.1 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: PNC Bank (Checking Account)<br>Line from *Schedule A/B*: 17.2 | $ 897.00 | ☑ $ 897.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: PNC Bank (Checking Account)<br>Line from *Schedule A/B*: 17.3 | $ 1,500.00 | ☑ $ 1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description: PNC Bank (Checking Account)<br>Line from *Schedule A/B*: 17.4 | $ 40.00 | ☑ $ 40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Ga. Code Ann. § 44-13-100 (a)(6) |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Stacie Lynette Burroughs
            First Name        Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 16,558.00 | $ 100.00 | $ 16,458.00 |

Discover Bank
Creditor's Name

Po Box 15316
Number        Street

Wilmington DE    19850
City        State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  02-06-2021

Judgment - $100.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 3329

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 16,558.00 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stacie Lynette Burroughs |
| | First Name · · · · · Middle Name · · · · · Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name · · · · · Middle Name · · · · · Last Name |

United States Bankruptcy Court for the:  Northern District of Georgia

Case number
(if know)

☐ Check if this is
an amended
filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

**Part 1:** List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Georgia Department of Revenue | **Last 4 digits of account number** _____ | $ 4,000.00 | $ 4,000.00 | $ 0.00 |

Priority Creditor's Name
**When was the debt incurred?** _____

2595 Century Parkway NE

Number · · · Street
**As of the date you file, the claim is:** Check all that apply.

Suite 339
☐ Contingent
☐ Unliquidated

Atlanta GA    30345
☐ Disputed

City    State    ZIP Code
**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2**

| | | |
|---|---|---|
| Internal Revenue Service | Last 4 digits of account number ___ ___ ___ ___ | $ 6,000.00   $ 6,000.00   $ 0.00 |

Priority Creditor's Name

P.O. Box 7317

Number          Street

Philadelphia PA        19101

City          State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**

- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

---

**Part 2:**  List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

| | | |
|---|---|---|
| Ability Recovery Servi | Last 4 digits of account number  73N1 | $ 3,999.00 |

Nonpriority Creditor's Name

Number          Street

Scranton PA

City          State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

When was the debt incurred?  09-13-2024

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Collection Agency

**4.2**

| | | |
|---|---|---|
| Accpt Rent | Last 4 digits of account number  9581 | $ 0.00 |

Nonpriority Creditor's Name

2850 Hog Mountain Rd Suite 201

Number          Street

Dacula GA        30019

City          State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

When was the debt incurred?  05-11-2018

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

| 4.3 | Affirm Inc | |
|---|---|---|

**Affirm Inc**
Nonpriority Creditor's Name

633 Folsom St Fl 7
Number          Street
San Francisco CA        94107
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  D3WU       $ 0.00
**When was the debt incurred?**  09-20-2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.4 | Affirm Inc | |
|---|---|---|

**Affirm Inc**
Nonpriority Creditor's Name

633 Folsom St Fl 7
Number          Street
San Francisco CA        94107
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  E88K       $ 934.00
**When was the debt incurred?**  02-28-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.5 | Bk Of Amer | |
|---|---|---|

**Bk Of Amer**
Nonpriority Creditor's Name

Pob 15026
Number          Street
Wilmington DE        19801
City          State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6385       $ 0.00
**When was the debt incurred?**  06-29-2000

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

| | | |
|---|---|---|
| **4.6** | Capital One | $ 501.00 |

**4.6**

Capital One
Nonpriority Creditor's Name

Po Box 85064
Number    Street

Glen Allen VA    23058
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 1464

**When was the debt incurred?** 02-10-2024

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

$ 501.00

---

**4.7**

Cap One
Nonpriority Creditor's Name

Po Box 85015
Number    Street

Richmond VA    23285
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3064

**When was the debt incurred?** 06-07-2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

$ 1,054.00

---

**4.8**

Cap One
Nonpriority Creditor's Name

Po Box 85015
Number    Street

Richmond VA    23285
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8889

**When was the debt incurred?** 12-02-2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card Debt

$ 0.00

| 4.9 | Caponeauto | Last 4 digits of account number  1001 | $ 0.00 |
| | Nonpriority Creditor's Name | When was the debt incurred?  06-16-2015 | |

3901 North Dallas Tollway
Number        Street

Plano  TX    75093
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.10 | Columbia Debt Recovery | Last 4 digits of account number  3647 | $ 551.00 |
| | Nonpriority Creditor's Name | When was the debt incurred?  11-07-2024 | |

906 Se Everett Mall Way
Number        Street

Everett WA    98208
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 4.11 | Credence Resource Mana | Last 4 digits of account number  8888 | $ 71.00 |
| | Nonpriority Creditor's Name | When was the debt incurred?  09-25-2024 | |

17000 Dallas Pkwy Ste 20
Number        Street

Dallas TX    75248
City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.12 | Dept Of Ed/Aidvantage | Last 4 digits of account number   0409 | $ 0.00 |

Nonpriority Creditor's Name

When was the debt incurred?   04-09-2018

1891 Metro Center Dr

Number   Street

As of the date you file, the claim is: Check all that apply.

Reston VA   20190

City   State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.13 | Dpt Ed/Aidv | Last 4 digits of account number   0825 | $ 0.00 |

Nonpriority Creditor's Name

When was the debt incurred?   08-25-2020

Po Box 9635

Number   Street

As of the date you file, the claim is: Check all that apply.

Wilkes Barre PA   18773

City   State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.14 | Eastern Account System | Last 4 digits of account number   2558 | $ 823.00 |

Nonpriority Creditor's Name

When was the debt incurred?   01-07-2025

75 Glen Rd Ste 110

Number   Street

As of the date you file, the claim is: Check all that apply.

Sandy Hook CT   06482

City   State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Collection Agency

**Is the claim subject to offset?**

☑ No
☐ Yes

| 4.15 | Familyfirstcu Fka Ftcu | Last 4 digits of account number 7006 | $ 4,785.00 |

**Nonpriority Creditor's Name**

3121 Norman Berry Dr
Number          Street
East Point GA    30344
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 09-26-2022

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.16 | Familyfirstcu Fka Ftcu | Last 4 digits of account number 0807 | $ 0.00 |

**Nonpriority Creditor's Name**

3121 Norman Berry Dr
Number          Street
East Point GA    30344
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 08-07-2017

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.17 | Mohela | Last 4 digits of account number 0905 | $ 0.00 |

**Nonpriority Creditor's Name**

633 Spirit Dr
Number          Street
Chesterfield MO    63005
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 08-31-2018

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.18 | Mohela/Dofed | Last 4 digits of account number   0605 | $ 439,689.00 |

Nonpriority Creditor's Name

When was the debt incurred?   05-30-2024

633 Spirit Drive

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Chesterfield MO   63005

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.19 | Navient | Last 4 digits of account number   0040 | $ 0.00 |

Nonpriority Creditor's Name

When was the debt incurred?   07-16-2004

Po Box 9655

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Wilkes Barre PA   18773

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.20 | Navy Federal Cr Union | Last 4 digits of account number   7955 | $ 10,270.00 |

Nonpriority Creditor's Name

When was the debt incurred?   02-22-2018

820 Follin Ln Se

Number    Street

**As of the date you file, the claim is:** Check all that apply.

Vienna VA   22180

City    State    ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Credit Card Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.21 | Pdq Services Inc | | Last 4 digits of account number 0026 | $ 805.00 |

**Pdq Services Inc**
Nonpriority Creditor's Name

600 Churchill Ct
Number          Street

Woodstock GA      30188
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 04-01-2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Collection Agency

---

| 4.22 | Pentagon Federal Cr Un | | Last 4 digits of account number 4610 | $ 4,642.00 |

**Pentagon Federal Cr Un**
Nonpriority Creditor's Name

1001 N Fairfax St
Number          Street

Alexandria VA      22314
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 10-12-2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| 4.23 | Portfolio Recov Assoc | | Last 4 digits of account number 3255 | $ 719.00 |

**Portfolio Recov Assoc**
Nonpriority Creditor's Name

120 Corporate Blvd Ste 1
Number          Street

Norfolk VA      23502
City          State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 12-17-2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**4.24**

Sallie Mae

Nonpriority Creditor's Name

Po Box 3229

Number          Street

Wilmington DE     19804

City        State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 4191          $ 8,587.00

**When was the debt incurred?** 06-09-2022

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.25**

Sallie Mae

Nonpriority Creditor's Name

Po Box 3229

Number          Street

Wilmington DE     19804

City        State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 4376          $ 7,806.00

**When was the debt incurred?** 09-25-2023

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

**4.26**

Syncb/Carecr

Nonpriority Creditor's Name

Po Box 981439

Number          Street

El Paso TX     79998

City        State      ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 9757          $ 0.00

**When was the debt incurred?** 06-19-2019

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

---

| 4.27 | Usdoe/Glelsi | | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** 1577

**When was the debt incurred?** 04-01-2010

2401 International

Number    Street

Madison WI    53704

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.28 | Vance & Huffman Llc | | $ 3,092.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** 1358

**When was the debt incurred?** 11-11-2024

55 Monette Pkwy Ste 100

Number    Street

Smithfield VA    23430

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 4.29 | Viva Finan | | $ 0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**Last 4 digits of account number** 9400

**When was the debt incurred?** 06-08-2022

1447 Peachtree St.Ne Suite 700

Number    Street

Atlanta GA    30309

City    State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Collection Agency

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| 4.30 | **Webbnk/Fhut** |

Nonpriority Creditor's Name

6250 Ridgewood Roa

Number          Street

Saint Cloud MN   56303

City          State          ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 9385

**When was the debt incurred?** 04-16-2018

$ 0.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Accpt Rent

Creditor's Name

2850 Hog Mountain Rd Suite 201

Number          Street

Dacula GA      30019

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.2  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number** 9211

---

Cap One

Creditor's Name

Po Box 85015

Number          Street

Richmond VA     23285

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.8  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 4822

---

Dpt Ed/Aidv

Creditor's Name

Po Box 9635

Number          Street

Wilkes Barre PA     18773

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.13  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 0525

---

Dpt Ed/Aidv

Creditor's Name

Po Box 9635

Number          Street

Wilkes Barre PA     18773

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.13  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 0827

---

Familyfirstcu Fka Ftcu

Creditor's Name

3121 Norman Berry Dr

Number          Street

East Point GA     30344

City      State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16  of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 0720

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0830

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0502

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   1130

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0730

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0324

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0926

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0927

---

Familyfirstcu Fka Ftcu
Creditor's Name

3121 Norman Berry Dr
Number     Street

East Point GA     30344
City     State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.16 of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**   0428

---

| | |
|---|---|
| Familyfirstcu Fka Ftcu | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.16</u> of (Check one): |
| 3121 Norman Berry Dr | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| East Point GA    30344 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   1215 |

| | |
|---|---|
| Familyfirstcu Fka Ftcu | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.16</u> of (Check one): |
| 3121 Norman Berry Dr | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| East Point GA    30344 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   0822 |

| | |
|---|---|
| Navient | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.19</u> of (Check one): |
| Po Box 9655 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Wilkes Barre PA    18773 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   0061 |

| | |
|---|---|
| Navient | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.19</u> of (Check one): |
| Po Box 9655 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Wilkes Barre PA    18773 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   0070 |

| | |
|---|---|
| Navient | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.19</u> of (Check one): |
| Po Box 9655 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Wilkes Barre PA    18773 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   0071 |

| | |
|---|---|
| Navient | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.19</u> of (Check one): |
| Po Box 9655 | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Wilkes Barre PA    18773 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   0080 |

| | |
|---|---|
| Usdoe/Glelsi | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Creditor's Name | **Line** <u>4.27</u> of (Check one): |
| 2401 International | ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | ☑ Part 2: Creditors with Nonpriority Unsecured |
| Madison WI    53704 | Claims |
| City    State    ZIP Code | **Last 4 digits of account number**   8581 |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|

| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 10,000.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 10,000.00 |

|  |  | Total claim |
|---|---|---|

| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 456,082.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 32,246.00 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 488,328.00 |

**Fill in this information to identify your case:**

Debtor 1        Stacie Lynette Burroughs
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number
(if know)  _____

☐ Check if this is
an amended
filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases        12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| | |

**Fill in this information to identify your case:**

Debtor 1 ___Stacie Lynette Burroughs___
First Name        Middle Name        Last Name

Debtor 2 _____
(Spouse, if filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number _____
(if know)

☐ Check if this is
an amended
filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No

   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.

   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt**
Check all schedules that apply: |
|---|---|

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stacie Lynette Burroughs |
| | First Name      Middle Name      Last Name |
| Debtor 2 (Spouse, if filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☑ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

**Official Form 106I**

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | Teacher | |
| Employer's name | Dekalb County School District | |
| Employer's address | 1701 Mountain Industrial Blvd.<br>Number   Street | Number   Street |
| | Stone Mountain, GA 30083<br>City    State    ZIP Code | City    State    ZIP Code |
| How long employed there? | 4 months | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 4,079.00 | $ _____ |
| 3. Estimate and list monthly overtime pay. | 3. + $ 0.00 | + $ _____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. $ 4,079.00 | $ _____ |

| Debtor 1 | Stacie Lynette Burroughs | | | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

| | | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|---|

Copy line 4 here ............................................................ ➔ 4.   $ 4,079.00    $ _____

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 251.00 | $ _____ |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ _____ |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ _____ |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ _____ |
| 5e. | **Insurance** | 5e. | $ 0.00 | $ _____ |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ _____ |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ _____ |
| 5h. | **Other deductions.** Specify: Cert Health | 5h. + | $ 131.00 | + $ _____ |
| | TRS | | $ 298.00 | $ _____ |
| | _____ | | $ _____ | $ _____ |
| | _____ | | $ _____ | $ _____ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.   $ 680.00    $ _____

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.   $ 3,399.00    $ _____

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.   $ 0.00    $ _____

8b. **Interest and dividends**    8b.   $ 0.00    $ _____

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.   $ 0.00    $ _____

8d. **Unemployment compensation**    8d.   $ 0.00    $ _____

8e. **Social Security**    8e.   $ 0.00    $ _____

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____    8f.   $ 0.00    $ _____

8g. **Pension or retirement income**    8g.   $ 0.00    $ _____

8h. **Other monthly income.** Specify: _____    8h. +   $ 0.00    + $ _____

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.   $ 0.00    $ _____

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.   $ 3,399.00  +  $ _____  =  $ 3,399.00

11. State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
**Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.***
Specify: _____    11. +   $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.   $ 3,399.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Official Form 106I    Schedule I: Your Income    page 2

**Fill in this information to identify your case:**

Debtor 1        Stacie Lynette Burroughs
                First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name         Middle Name              Last Name

United States Bankruptcy Court for the:   Northern District of Georgia

                                                          (State)

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number
(if known). Answer every question.

## Part 1:  Describe Your Household

1.  **Is this a joint case?**

    ☑ No.  Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**
          ☐ No
          ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**        ☑ No

    Do not list Debtor 1 and          ☐ Yes. Fill out this information for
    Debtor 2.                               each dependent...........

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include       ☑ No
    expenses of people other than    ☐ Yes
    yourself and your dependents?**

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report
expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the
applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,800.00 |
| If not included in line 4: |  |  |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 0.00 |

Debtor 1    Stacie Lynette Burroughs
First Name    Middle Name    Last Name

Case number (if known)_____

|  | **Your expenses** |
|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. $ _____ 0.00 |
| 6. **Utilities:** |  |
| 6a.   Electricity, heat, natural gas | 6a. $ _____ 100.00 |
| 6b.   Water, sewer, garbage collection | 6b. $ _____ 0.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. $ _____ 250.00 |
| 6d.   Other. Specify: _____ | 6d. $ _____ 0.00 |
| 7. **Food and housekeeping supplies** | 7. $ _____ 350.00 |
| 8. **Childcare and children's education costs** | 8. $ _____ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. $ _____ 100.00 |
| 10. **Personal care products and services** | 10. $ _____ 100.00 |
| 11. **Medical and dental expenses** | 11. $ _____ 100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ _____ 180.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ _____ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. $ _____ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |
| 15a.   Life insurance | 15a. $ _____ 0.00 |
| 15b.   Health insurance | 15b. $ _____ 0.00 |
| 15c.   Vehicle insurance | 15c. $ _____ 370.00 |
| 15d.   Other insurance. Specify:_____ | 15d. $ _____ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ _____ 0.00 |
| 17. **Installment or lease payments:** |  |
| 17a.   Car payments for Vehicle 1 | 17a. $ _____ 0.00 |
| 17b.   Car payments for Vehicle 2 | 17b. $ _____ 0.00 |
| 17c.   Other. Specify:_____ | 17c. $ _____ 0.00 |
| 17d.   Other. Specify:_____ | 17d. $ _____ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ _____ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. $ _____ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |
| 20a.   Mortgages on other property | 20a. $ _____ 0.00 |
| 20b.   Real estate taxes | 20b. $ _____ 0.00 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. $ _____ 0.00 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. $ _____ 0.00 |
| 20e.   Homeowner's association or condominium dues | 20e. $ _____ 0.00 |

Debtor 1    Stacie Lynette Burroughs _____    Case number *(if known)*_____
           First Name    Middle Name    Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify:_____ | 21. | +$_____ 0.00 |
| _____ | | +$_____ |
| _____ | | +$_____ |

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.    22a.  $_____ 3,350.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $_____

and 22b. The result is your monthly expenses.    22c.  $_____ 3,350.00

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____ 3,399.00

23b.  Copy your monthly expenses from line 22c above.    23b.  — $_____ 3,350.00

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.    23c.  $_____ 49.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

Official Form 106J    **Schedule J: Your Expenses**    page 3

**Fill in this information to identify your case:**

Debtor 1    Stacie Lynette Burroughs
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Stacie Lynette Burroughs                    ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 04/03/2025                                    Date _____
    MM / DD / YYYY                                     MM / DD / YYYY

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Stacie Lynette Burroughs |
| | First Name ____ Middle Name ____ Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name ____ Middle Name ____ Last Name |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number (If known) | _____ |

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

   ☐ Married
   ☑ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number    Street | To   _____ | Number    Street | To   _____ |
| _____ | | _____ | |
| City        State   ZIP Code | | City        State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____ | From _____ | _____ | From _____ |
| Number    Street | To   _____ | Number    Street | To   _____ |
| _____ | | _____ | |
| City        State   ZIP Code | | City        State   ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    Stacie Lynette Burroughs
First Name    Middle Name    Last Name

Case number (if known) _____

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 13,605.37 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2024 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 3,500.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 130,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | unemployment<br>_____<br>_____ | $ 5,000.00<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For last calendar year:**<br>(January 1 to<br>December 31, _____) | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |
| **For the calendar year before that:**<br>(January 1 to<br>December 31, _____) | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ | _____<br>_____<br>_____ | $ _____<br>$ _____<br>$ _____ |

Debtor 1   Stacie Lynette Burroughs
_____
First Name    Middle Name    Last Name

Case number (if known)_____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the  total amount you paid that creditor. Do not include payments for domestic support obligations, such as  child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Stacie Lynette Burroughs
     First Name     Middle Name     Last Name

Case number *(if known)*_____

---

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☑ No
   ☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |
| Insider's Name _____ | _____ | $_____ | $_____ | |
| Number    Street _____ | _____ | | | |
| _____ | _____ | | | |
| City            State    ZIP Code | | | | |

Debtor 1    Stacie Lynette Burroughs                                          Case number *(if known)*_____
_____
First Name      Middle Name      Last Name

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: _____<br><br><br>Case number _____ | | Court Name _____<br><br>Number   Street _____<br><br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title: _____<br><br><br>Case number _____ | | Court Name _____<br><br>Number   Street _____<br><br>City          State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br>City          State    ZIP Code | | _____ | $_____ |
| | **Explain what happened** | | |
| | ☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

| Debtor 1 | Stacie Lynette Burroughs | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's Name | | | |
| _____ Number    Street | | _____ | $_____ |
| _____ | | | |
| _____ City    State    ZIP Code | Last 4 digits of account number: XXXX– | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ Number    Street | | _____ | $_____ |
| _____ City    State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Stacie Lynette Burroughs | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number   Street<br><br>_____<br>City   State   ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

---

**Part 6:    List Certain Losses**

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:    List Certain Payments or Transfers**

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Joseph Chad Brannen<br>Person Who Was Paid<br><br>7147 Jonesboro Rd. Suite G<br>Number   Street<br><br>Morrow           GA    30260<br>City           State   ZIP Code<br><br>_____<br>Email or website address<br><br>_____<br>Person Who Made the Payment, if Not You | $338 FF<br>$223 AF | 03/31/2025<br><br>_____ | $ 561.00<br><br>$_____ |

---

Debtor 1    Stacie Lynette Burroughs
First Name    Middle Name    Last Name

Case number *(if known)*_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Xactus<br>Person Who Was Paid<br><br>370 Reed Rd Ste 100<br>Number    Street<br><br><br>Broomall        PA      19008<br>City        State    ZIP Code<br><br>Email or website address<br><br>Person Who Made the Payment, if Not You | $39 credit report | 03/31/2025 | $ 39.00<br><br>$_____ |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid<br><br>Number    Street<br><br><br>City        State    ZIP Code | | _____<br><br>_____ | $_____<br><br>$_____ |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer<br><br>Number    Street<br><br><br>City        State    ZIP Code<br>Person's relationship to you _____ | | | _____ |
| Person Who Received Transfer<br><br>Number    Street<br><br><br>City        State    ZIP Code<br>Person's relationship to you _____ | | | _____ |

| Debtor 1 | Stacie Lynette Burroughs | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | _____ |

---

**Part 8:**  List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution<br>Number   Street<br>City          State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br>Number   Street<br>City          State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number   Street<br>City          State     ZIP Code | Name<br>Number   Street<br>City      State      ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1   Stacie Lynette Burroughs
           First Name    Middle Name    Last Name                    Case number (if known)_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City State ZIP Code | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Debtor 1 | Stacie Lynette Burroughs | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number    Street | | ☐ On appeal |
| | | | ☐ Concluded |
| Case number | City          State    ZIP Code | | |

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number    Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| | Name of accountant or bookkeeper | |
| City          State    ZIP Code | | From _____    To _____ |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| Number    Street | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | | Dates business existed |
| | Name of accountant or bookkeeper | |
| City          State    ZIP Code | | From _____    To _____ |

Debtor 1    Stacie Lynette Burroughs _____    Case number *(if known)* _____
First Name      Middle Name      Last Name

| | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| **Business Name** | | **EIN:** __ __ – __ __ – __ __ __ __ __ |
| **Number    Street** | | **Dates business existed** |
| | **Name of accountant or bookkeeper** | **From** _____ **To** _____ |
| **City          State    ZIP Code** | | |

---

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ **No**
☐ **Yes. Fill in the details below.**

| | Date issued |
|---|---|
| **Name** | **MM / DD / YYYY** |
| **Number    Street** | |
| | |
| **City          State    ZIP Code** | |

---

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Stacie Lynette Burroughs _____    ✖ _____
**Signature of Debtor 1**                              **Signature of Debtor 2**

Date 04/03/2025 _____        Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Official Form 107              **Statement of Financial Affairs for Individuals Filing for Bankruptcy**              page **12**

Debtor 1    Stacie Lynette Burroughs

First Name    Middle Name    Last Name    Case number *(if known)*_____

## Continuation Sheet for Official Form 107

**16) Debt counseling**

**Person who was paid: Abacus Credit Counseling, 17337 Ventura Blvd, Encino, CA 91316**

**Email or Website Address:**

**Person who made payment, if not you:**

**Description and Value: $25 CCC**

**Date payment or transfer was made: 03/31/2025**

**Amount of Payments: $25.00**

**-------------**

Official Form 107    **Statement of Financial Affairs for Individuals**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    Stacie Lynette Burroughs
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Georgia

Case number _____
(if known)

☐ Check if this is
an amended
filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
| --- | --- |

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
| --- | --- | --- |
| Creditor's name: Discover Bank<br><br>Description of property securing debt: Judgment | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☑ Retain the property and [explain]:<br>Avoid Lien | ☐ No<br>☑ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
| --- | --- |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
| --- | --- |

Debtor    Stacie Lynette Burroughs                                   Case number *(if known)* _____

---

| Part 3: | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Stacie Lynette Burroughs _____        ✖ _____
    Signature of Debtor 1                                         Signature of Debtor 2

Date 04/03/2025 _____                                 Date 04/03/2025 _____
    MM/DD/YYYY                                            MM/DD/YYYY

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Debtor 1**  Stacie Lynette Burroughs
First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Northern District of Georgia

Case number
(If known) _____

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A–2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A—1

# Chapter 7 Statement of Your Current Monthly Income
12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☑ **Not married.** Fill out Column A, lines 2-11.

    ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

       ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

       ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  |  | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions) | $4,079.00 | $0.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | Column A | Column B |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | – $0.00 | – $0.00 | | | |
| Net monthly income from rental or other real property | $ | $0.00 | Copy here → | $0.00 | $0.00 |

7. **Interest, dividends, and royalties**

| | Column A | Column B |
|---|---|---|
| | $0.00 | $0.00 |

Debtor 1    **Stacie Lynette Burroughs**

First Name    Middle Name    Last Name

Case number (*if known*)_____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: .............................↓

| | $ 0.00 | $ 0.00 |

For you ...................................................................... $ 0.00

For your spouse ........................................................ $ 0.00

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

| | $ 0.00 | $ 0.00 |

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | $ 0.00 | $ 0.00 |
|---|---|---|
| | $ 0.00 | $ 0.00 |

Total amounts from separate pages, if any.

| | + $ 0.00 | + $ 0.00 |

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

| $ 4,079.00 | + | $ 0.00 | = | $ 4,079.00 |
|---|---|---|---|---|
| | | | | **Total current<br>monthly income** |

---

**Part 2:    Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a.    Copy your total current monthly income from line 11................................................**Copy line 11 here**➤    $ 4,079.00

Multiply by 12 (the number of months in a year).    **x  12**

12b.    The result is your annual income for this part of the form.    12b.    $ 48,948.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    GA

Fill in the number of people in your household.    1

Fill in the median family income for your state and size of household. ..............................................................13.    $ 62,401.00

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☑  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

Debtor 1   Stacie Lynette Burroughs                                Case number *(if known)*_____
           First Name    Middle Name    Last Name

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ /s/ Stacie Lynette Burroughs _____          ✗ _____
Signature of Debtor 1                                    Signature of Debtor 2

Date 04/03/2025                                          Date _____
     MM / DD  / YYYY                                          MM /  DD  / YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

Official Form 122A-1          **Chapter 7 Statement of Your Current Monthly Income**          page 3

Ability Recovery Servi
Scranton, PA

Accpt Rent
2850 Hog Mountain Rd Suite 201
Dacula, GA 30019

Affirm Inc
633 Folsom St Fl 7
San Francisco, CA 94107

Bk Of Amer
Pob 15026
Wilmington, DE 19801

Cap One
Po Box 85015
Richmond, VA 23285

Capital One
Po Box 85064
Glen Allen, VA 23058

Caponeauto
3901 North Dallas Tollway
Plano, TX 75093

Columbia Debt Recovery
906 Se Everett Mall Way
Everett, WA 98208

Credence Resource Mana
17000 Dallas Pkwy Ste 20
Dallas, TX 75248

Dept Of Ed/Aidvantage
1891 Metro Center Dr
Reston, VA 20190

Discover Bank
Po Box 15316
Wilmington, DE 19850

Dpt Ed/Aidv
Po Box 9635
Wilkes Barre, PA 18773

Eastern Account System
75 Glen Rd Ste 110
Sandy Hook, CT 06482

Familyfirstcu Fka Ftcu
3121 Norman Berry Dr
East Point, GA 30344

Georgia Department of Revenue
2595 Century Parkway NE
Suite 339
Atlanta, GA 30345

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101

Mohela
633 Spirit Dr
Chesterfield, MO 63005

Mohela/Dofed
633 Spirit Drive
Chesterfield, MO 63005

Navient
Po Box 9655
Wilkes Barre, PA 18773

Navy Federal Cr Union
820 Follin Ln Se
Vienna, VA 22180

Pdq Services Inc
600 Churchill Ct
Woodstock, GA 30188

Pentagon Federal Cr Un
1001 N Fairfax St
Alexandria, VA 22314

Portfolio Recov Assoc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Sallie Mae
Po Box 3229
Wilmington, DE 19804

Syncb/Carecr
Po Box 981439
El Paso, TX 79998

Usdoe/Glelsi
2401 International
Madison, WI 53704


Vance & Huffman Llc
55 Monette Pkwy Ste 100
Smithfield, VA 23430


Viva Finan
1447 Peachtree St.Ne Suite 700
Atlanta, GA 30309


Webbnk/Fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303

United States Bankruptcy Court

Northern District of Georgia

In re:  Stacie Lynette Burroughs

Case No.

Chapter    7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/03/2025_____

/s/ Stacie Lynette Burroughs
_____
Signature of Debtor

_____
Signature of Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy**, and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation
- Chapter 11— Reorganization
- Chapter 12— Voluntary repayment plan for family farmers or fishermen
- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   |   |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,

- most student loans,

- certain taxes,

- debts for fraud or theft,

- debts for fraud or defalcation while acting in a fiduciary capacity,

- most criminal fines and restitution obligations,

- certain debts that are not listed in your bankruptcy papers,

- certain debts for acts that caused death or personal injury, and

- certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

# United States Bankruptcy Court

Northern District of Georgia

**In re** Stacie Lynette Burroughs

Case No. _____

**Debtor**

Chapter <u>7</u> _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ <u>FLAT FEE</u>

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,423.00

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . $ 223.00

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,200.00

☐ <u>RETAINER</u>

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . $_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The Debtor has received a copy of the Rights and Responsibilities.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/03/2025
_____

*Date*

/s/ Joseph Brannen, 077120
_____

*Signature of Attorney*

The Brannen Firm, LLC
_____

*Name of law firm*

7147 Jonesboro Road
Suite G
Morrow, GA 30260